UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERA WOLTER,<br><br>    Plaintiff,<br><br>v.<br><br>KLICKITAT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba Klickitat Valley Health; RAMONA G. REYNOLDS, in her Official Capacity as Director of Support Services,<br><br>    Defendants. | NO. CV-08-3031-RHW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Ct. Rec. 10). The parties indicate that they have fully resolved all claims at mediation and the matter is settled.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss with Prejudice (Ct. Rec. 10) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 23rd day of January, 2009.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Wolter\dismiss.wpd

**ORDER GRANTING
JOINT MOTION TO DISMISS WITH PREJUDICE~ 1**